CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 18 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| MICHAEL J. KENNY, | ) |
| Plaintiff, | ) Civil Action No. 7:10cv00293 |
| v. | ) **FINAL ORDER** |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) |
| | ) By: Samuel G. Wilson |
| Defendant. | ) United States District Judge |

In accordance with the memorandum opinion entered on this day, it is **ORDERED** and **ADJUDGED** that Kenny's motion for summary judgment is **GRANTED** and it is **DECLARED** that Kenny is disabled under the Plan. LINA's motion is **DENIED**.

**ENTER:** March 17, 2011.

_____
UNITED STATES DISTRICT JUDGE